IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

**HOMER KELLY KING**

**VS.**  **CIVIL ACTION NO. 5:14cv77-KS-MTP**

**SOCIAL SECURITY ADMINISTRATION**

### ORDER ACCEPTING REPORT AND RECOMMENDATION

This cause came on this date to be heard upon the Report and Recommendation of the United States Magistrate Judge entered herein on October 27, 2014, after referral of hearing by this Court, no objections having been filed as to the Report and Recommendation, and the Court, having fully reviewed the same as well as the record in this matter, and being duly advised in the premises, finds that said Report and Recommendation should be adopted as the opinion of this Court.

IT IS, THEREFORE, ORDERED that the Report and Recommendation be, and the same hereby is, adopted as the finding of this Court, and the Request to Proceed *In Forma Pauperis* [2] filed by Plaintiff Homer Kelly King is hereby **denied.** Plaintiff is given sixty (60) days from the date of this Order to pay all costs associated with the filing of this lawsuit. Further, should Plaintiff fail to timely pay all of the costs associated with the filling of this lawsuit, this matter may be dismissed without prejudice and without further notice.

SO ORDERED, this the 20th day of January, 2015.

*s/Keith Starrett*
UNITED STATES DISTRICT JUDGE